1

2

3

4

UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

MAURICE HUNT,                                                            CASE NO. 1:14-cv-1757 --- BAM

            Plaintiff,

8

9

        v.                                                               ORDER REGARDING MOTION FOR
                                                                         DEFAULT JUDGMENT

10

11

ELANA S. LANDAU; MICHAEL S. FRYE;
NICHOLAS POTTRATZ; DETECTIVE                                             (Doc. 7)
DAVID FRIES; FRESNO COUNTY
SHERIFF'S DEPARTMENT,

12

13

            Defendants.                              /

14

15        Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action

16   pursuant to 42 U.S.C. § 1983.  On April 13, 2015, Plaintiff filed a document requesting that the court

17   enter default judgment against all Defendants on the basis that the case has not yet been screened.

18   (Doc. 7).

19        The Court is required to screen complaints brought by prisoners seeking relief against a

20   governmental entity and/or against an officer or employee of a governmental entity.  28 U.S.C. §

21   1915A(a).  Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or

22   malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief

23   from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. §

24

25   1915(e)(2)(B)(ii).  The Court will direct the United States Marshal to serve Plaintiff's complaint only

26   after the Court has screened the complaint and determined that it contains a cognizable claim for relief

27   against the named defendant.  Plaintiff's complaint is currently in the screening stage and has not been

28

1

1   served any defendant.  Therefore, the motion for default judgment was not properly filed and it will be

2   disregarded as it is premature.  The Court is aware of Plaintiff's case and will screen the complaint in

3   due course.

4   IT IS SO ORDERED.

5

6       Dated:   **April 20, 2015**                        /s/ *Barbara A. McAuliffe*          _

7                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2