1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7
8

9  MAURICE HUNT,

10          Plaintiff,

11      vs.

12  ELANA S. LANDAU, et al.,

13          Defendants.

14

)   1:14-cv-01757-BAM
)
)   Appeal No. 15-16662
)
)
)   ORDER REVOKING IN FORMA
)   PAUPERIS STATUS
)   (ECF No. 19)
)
)
)
)

15      By notice entered August 24, 2015, the United States Court of Appeals for the Ninth

16  Circuit referred this matter to the District Court for the limited purpose of determining whether

17  in forma pauperis status should continue for this appeal or whether the appeal is frivolous or

18  taken in bad faith.  *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d

19  1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where the

20  District Court finds the appeal to be frivolous).

21      Permitting litigants to proceed in forma pauperis is a privilege, not a right.  *Franklin v.*

22  *Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984); *Williams v. Field*, 394 F.2d 329, 332 (9th Cir.,

23  cert. denied, 393 U.S. 891 (1968); *Williams v. Marshall*, 795 F.Supp. 978, 978-79 (N.D. Cal.

24  1992).  A federal court may dismiss a claim filed in forma pauperis prior to service if it is

25  satisfied that the action is frivolous or malicious.  28 U.S.C. § 1915(e)(2); *see Sully v. Lungren*,

26  842 F.Supp. 1230, 1231 (N.D. Cal. 1994).  If a plaintiff with in forma pauperis status brings a

27  case without arguable substance in law and fact, the court may declare the case frivolous.

28

1

*Franklin*, 745 F.2d at 1227.  By its order dismissing this action, the Court found that Plaintiff's constitutional claims were barred by the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), because they challenge his underlying criminal conviction and sentence.  The Court also found that Plaintiff's request for injunctive relief was moot due to his transfer.  (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1.  This matter is declared frivolous;

2.  Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in Appeal No. 15-16662, filed August 10, 2015;

3.  Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this Order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for this appeal; and

4.  The Clerk of the Court is directed to serve a copy of this Order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:    **August 26, 2015**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2